# GROUP EXHIBIT 1

# United States of America
### United States Patent and Trademark Office

# PROTECTION

**Reg. No. 6,027,964**
**Registered Apr. 07, 2020**
**Int. Cl.: 9, 14**
**Trademark**
**Principal Register**

Casio Keisanki Kabushiki Kaisha (JAPAN CORPORATION), DBA Casio Computer Co., Ltd.
6-2, Hon-machi 1-chome
Shibuya-ku, Tokyo, JAPAN 151-8543

CLASS 9: Smart watches; wearable devices in the nature of smartwatches with integrated global positioning systems, compasses, barometers, altimeters, pedometers, heart rate meters, accelerometers and thermometers; batteries; battery chargers; charging cables; electrical adapters; earphones and headphones; downloadable mobile applications and software for processing, reviewing and editing data from smart watches and mobile devices featuring global positioning systems, compasses, barometers, altimeters, pedometers, heart rate meters, accelerometers and thermometers; smart watches having a radio-controlled function; replacement parts and fittings thereof

FIRST USE 2-00-2012; IN COMMERCE 12-00-2012

CLASS 14: Horological and chronometric instruments; watches; clocks; wrist watches; electric watches and clocks; electronic watches and clocks; replacement parts and fittings thereof; chronographs as watches; stopwatches; timekeeping instruments; clock and watch parts, namely, cases; watch bands and straps; clock and watch parts, namely, dials; clock and watch hands; watch faces; watch movements; watch glasses; watch chains; watch boxes; watch pouches; watch springs; watch crystals; watch back covers

FIRST USE 4-00-1983; IN COMMERCE 4-00-1983

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-606,107, FILED 09-05-2019



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

